1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2  KENNETH W. BRAKEBILL (CABN 196696)
   Acting Chief, Civil Division
3  ELIZABETH D. KURLAN (CABN 255869)
   Assistant United States Attorney
4
5       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
        Telephone: (415) 436-7298
6       Facsimile: (415) 436-6748
        Elizabeth.Kurlan@usdoj.gov
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                 NORTHERN DISTRICT OF CALIFORNIA
10
                         OAKLAND DIVISION
11

12 XINGXUE DONG,
                                          C 4:24-cv-07243-JST
13              Plaintiff,

14 v.                                     **STIPULATION TO STAY PROCEEDINGS;
                                          [PROPOSED] ORDER**
15 ALEJANDRO MAYORKAS, Secretary, United
   States Department of Homeland Security, *et al.*,
16
                Defendants.
17

18      The parties, through their undersigned attorneys, hereby stipulate and respectfully request the

19 Court to stay proceedings in this case for a limited time, until May 15, 2025. The parties make this joint

20 request because they are pursuing an administrative resolution that may render further litigation of this

21 case unnecessary.

22      1.      Plaintiff filed this mandamus action seeking adjudication of her Form I-589, Application

23 for Asylum and for Withholding of Removal. United States Citizenship and Immigration Services

24 ("USCIS") has scheduled the asylum interview to take place on January 15, 2025. USCIS agrees to work

25 diligently towards completing adjudication of Plaintiff's application, absent the need for further

26 adjudicative action or unforeseen circumstances that would require additional time for adjudication.

27

28

2.      Plaintiff agrees to submit all supplemental documents and evidence no later than seven to ten days prior to the interview, pursuant to USCIS policy. Plaintiff agrees that the failure to timely submit this evidence may result in the rescheduling of the interview at no fault of USCIS.

3.      If needed by Plaintiff or her dependent(s), Plaintiff shall bring her own interpreter to her asylum interview. *See* https://www.uscis.gov/newsroom/alerts/affirmative-asylum-applicants-must-provide-interpreters-starting-sept-13. Plaintiff recognizes that failure to bring an interpreter to her interview may result in the interview being rescheduled at no fault of USCIS.

4.      Upon receipt of USCIS' decision, Plaintiff agrees to voluntarily dismiss this case.

5.      The parties agree to bear their own attorney fees and costs.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until May 15, 2025, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: December 30, 2024                    Respectfully submitted[1],

                                            ISMAIL J. RAMSEY
                                            United States Attorney


                                             /s/ Elizabeth D. Kurlan
                                            ELIZABETH D. KURLAN
                                            Assistant United States Attorney
                                            Attorneys for Defendants

//

//

//

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed below concur in the filing of this document.

Stip to Stay Proceedings
C 4:24-cv-07243-JST                    2

Dated: December 30, 2024

                                      */s/ Eric Martin*
                                  ERIC MARTIN
                                  Law Office of Anders Johnson
                                  Attorney for Plaintiff

## [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:    January 3, 2025

                                  HON. JON S. TIGAR
                                  United States District Judge